

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION

Appellate case name:  J & J Container Manufacturing, Inc. v. Cintas- R. U.S., L.P.

Appellate case number:  01-14-00933-CV

Trial court case number:  1044425

Trial court:  County Civil Court at Law No. 3 of Harris County

The appellee has represented in its appellate brief that appellant has fully paid and satisfied the judgment in the underlying case and received a Full and Final Release of Judgment and Judgment Lien. When a judgment debtor voluntarily satisfies the judgment, the case becomes moot. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006); *Riner v. Briargrove Park Prop. Owners, Inc.*, 858 S.W.2d 370, 370 (Tex. 1993) (citing *Highland Church of Christ v. Powell*, 640 S.W.2d 235, 236 (Tex. 1982)). This Court cannot decide a case that becomes moot during the pendency of the litigation, and must dismiss the proceeding for want of jurisdiction. *See Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 166–67 (Tex. 2012).

Accordingly, the Court has directed me to notify you that the Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a).

The final deadline to file your response is **5:00 p.m., 10 days from the date of this notice**. *See* TEX. R. APP. P. 42.3(a). If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice. *See id.*

Clerk's signature:  /s/ Christopher A. Prine

Date:  March 24, 2015